**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAROLD L. JOHNSON, | ) NO. ED CV 13-1476-PA(E) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Report and Recommendation of United States Magistrate Judge.

DATED: June 7, 2014

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE