1  Erika Bailey Drake (SBN 248034)
2  edrake@drakeanddrake.com
3  Roger D. Drake (SBN 237834)
   rdrake@drakeanddrake.com
4  23679 Calabasas Road, Suite 403
   Calabasas, California 91302
5  Telephone: 818.438.1332
6  Facsimile: 818.854.6899
7  Attorneys for Plaintiff

8

                 UNITED STATES DISTRICT COURT
9
                 CENTRAL DISTRICT OF CALIFORNIA
10

11 | HAROLD L. JOHNSON,                  )
12 |                                     ) CASE NO.: 5:13-cv-01476-JSL-E
   |        Plaintiff,                   )
13 | v.                                  )
14 |                                     ) [PROPOSED] ORDER AWARDING
   | CAROLYN W. COLVIN, Acting,          ) EAJA FEES
15 | Commissioner of Social Security,    )
16 |                                     )
   |        Defendant.                   )
17 |                                     )

18

19      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

20      IT IS ORDERED that EAJA fees are awarded in the amount of TWO

21 THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($2,500.00) subject to the

22 terms of the stipulation.

23

24

25 DATED: 8/11/14                    _____
26                                   HONORABLE CHARLES F. EICK
                                     UNITED STATES MAGISTRATE JUDGE
27

28